Re:

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
David Gamble,       
Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-351
Submitted March 26, 2003  Filed May 
 20, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant, David Gamble, pled 
 guilty to possession of crack cocaine and was sentenced to five years and a 
 $2,000 fine, suspended with two years of probation.  Following a probation revocation 
 hearing, the court revoked two years of the suspended sentence and directed 
 any monies owed by appellant be converted to a civil judgment.  We dismiss pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.  
 CURETON, ANDERSON, and HUFF, JJ., concur.